# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

**KELLI DENISE GOODE, Individually,**
and also as the Personal Representative of
Troy Charlton Goode, Deceased, and as
Mother, Natural Guardian, and Next
Friend of R.G., a Minor, and also
on behalf of all similarly situated persons                                              **PLAINTIFF**

**VS.**                                                                                  **NO. 2:16-cv-02029-SHM-cgc**

**THE CITY OF SOUTHAVEN, CITY OF
SOUTHAVEN POLICE DEPARTMENT, TODD
BAGGETT, Individually, JEREMY BOND,
Individually, TYLER PRICE, Individually,
JASON SCALLORN Individually, CITY OF
SOUTHAVEN FIRE DEPARTMENT, STACIE J.
GRAHAM a/k/a WITTE Individually, MIKE
MUELLER Individually, WILLIAM PAINTER,
JR. Individually, BRUCE K. SEBRING
Individually, JOSEPH SPENCE, Individually,
RICHARD A WEATHERFORD Individually,
JOHN DOES 1-10, BAPTIST MEMORIAL
HOSPITAL - DESOTO, a Mississippi
Corporation, SOUTHEASTERN EMERGENCY
PHYSICIANS, INC., A Tennessee Corporation,
And Lemuel Donja Oliver, M.D.**                                                          **DEFENDANTS**

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that the undersigned has this day served and will maintain the original of the following pleading in the office of the undersigned pursuant to local rules of this court:

(1)     Southaven Defendants' Rule 26(a)(2) Expert Disclosures.

This the 22nd day of May, 2017.

                                        CITY OF SOUTHAVEN, TODD BAGGETT,
                                        JEREMY BOND, TYLER PRICE, JOEL RICH,
                                        JASON SCALLORN, STACIE J. GRAHAM,
                                        MIKE MUELLER, WILLIAM PAINTER, JR.,
                                        BRUCE K. SEBRING, JOSEPH SPENCE, and
                                        RICHARD A.   WEATHERFORD, Defendants

                                        By:    */s/ Berkley N. Huskison*
                                                BERKLEY N. HUSKISON, MSB 9582
                                                L. BRADLEY DILLARD, BPR 017333

995072

Of Counsel:

Mitchell, McNutt & Sams, P.A.
Post Office Box 1366
Columbus, Mississippi  39703-1366
(662) 328-2316 (telephone)
(662) 328-8035 (facsimile)
bhuskison@mitchellmcnutt.com (email)

Of Counsel:

Mitchell, McNutt & Sams, P.A.
Post Office Box 7120
Tupelo, Mississippi  38802-7120
(662) 842-3871 (telephone)
(662) 842-8450 (facsimile)
bdillard@mitchellmcnutt.com (email)

## CERTIFICATE OF SERVICE

  I hereby certify that on May 22, 2017, I electronically filed the foregoing with the Clerk of the Court using the ECF system and forwarded such filing via United States Postal Service or ECF notification to the following:

Tim Edwards, Esquire
Kevin McCormack, Esquire
Ballin, Ballin & Fishman, P.C.
200 Jefferson Avenue, Suite 1250
Memphis, TN 38103-2007
tedwards@bbfpc.com
kmccormack@bbfpc.com
*Attorney for Plaintiffs*

John Mark McIntosh, Esquire
David W. Upchurch, Esquire
Upchurch & Upchurch, P.A.
141 South Commerce Street, Suite B
Tupelo, MS 38804
jmcintosh@upchurchpa.com
dupchurch@upchurchpa.com
*Attorney for Defendant Baptist Memorial Hospital - Desoto*

Joseph B. Baker, Esquire
Loys A. "Trey" Jordan, III, Esquire
Stephen P. Miller, Esquire
McDonald Kuhn
5400 Poplar Avenue, Suite 330
Memphis, TN 38119
jbaker@mckuhn.com
*Attorney for Defendant Southeastern Emergency Physicians, Inc.*

Marty R. Phillips, Esquire
Rainey Kizer Reviere & Bell
Post Office Box 1147
Jackson, TN 38302-1147
mphillips@raineykizer.com
*Attorney for Defendant M. D. Lemuel Donja Oliver*

Amanda C. Waddell, Esquire
Rainey Kizer Reviere & Bell - Memphis
50 North Front Street, Suite 610
Memphis, TN 38103
awaddell@raineykizer.com
*Attorney for Defendant M. D. Lemuel Donja Oliver*

995072

James R. Gass, Esquire
Gass, Weber, Mullins, LLC
309 North Water Street
Milwaukee, WI 53202
gass@gwmlaw.com
*Attorney for Defendant M. D. Lemuel Donja Oliver*

This the 22nd day of May, 2017.

*/s/ Berkley N. Huskison*

995072